**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-40418

DARRIS D. TEEL,

Plaintiff-Appellant,

VERSUS

CASTANEDA, Sergeant; ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-95-CV-730

October 9, 1998

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

The motion filed by Darris D. Teel, Texas state prisoner #656908, to "correct error," construed by this court as a motion to supplement Teel's appellate brief, is DENIED.

Concerning the merits, we AFFIRM.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.